IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| Bomin Bunker Oil Corp. § | |
| § | |
| Plaintiff, § | |
| § | CIVIL ACTION _____ |
| § | |
| versus § | IN ADMIRALTY, Rule 9(h) |
| § | |
| M/T KIMOLOS, IMO 9405540 § | |
| its equipment, appurtenances, § | |
| and freights, § | |
| § | |
| Defendant, *in rem*. § | |
| § | |
| and § | |
| § | |
| Eletson Corp. S.A., § | |
| § | |
| Defendant, *in personam*, § | |
| § | |
| and § | |
| § | |
| Moran-Gulf Shipping Agencies, § | |
| LUKOIL Pan Americas, LLC § | |
| The Master of the M/T KIMOLOS, § | |
| § | |
| Garnishees. § | |

**MOTION AND MEMORANDUM
FOR ORDER FOR
<u>WARRANT OF ARREST</u>**

Plaintiff Bomin Bunker Oil Corp. ("Bomin") moves as follows pursuant to Supplemental Federal Admiralty and Maritime Rule C for this Court to issue a warrant of arrest, *in rem,* for the M/T KIMOLOS, IMO 9559676, its equipment, appurtenances, and freights ("Vessel"), and in further support, in addition to the Verified Complaint filed herewith, states as follows:

1.  Plaintiff has valid maritime claims and liens against the Vessel for breach of maritime contract arising from non-payment for maritime necessaries provided to the Vessel, as

more fully set forth in the Verified Complaint.

2. Rule C(1) of the Supplemental Rules for Certain Admiralty and Maritime Claims provides that an action in rem may be brought "to enforce any maritime lien," or "[w]henever a statute of the United States provides for a maritime action in rem or proceeding analogous thereto."

3. Rule C(3)(a)(ii)(A) of the Supplemental Rules for Certain Admiralty and Maritime Claims provides that where a maritime lien is sought to be enforced by an action *in rem*, the Court must review the complaint and any supporting papers. If the conditions for an *in rem* action appear to exist, the court must issue an order directing the clerk to issue a warrant for the arrest of the vessel or other property that is the subject of the action.

4. The conditions for an *in rem* action against the Vessel having been met, and the grounds for the issuance of a warrant of arrest having been established, Plaintiff respectfully requests that an Order be entered directing the clerk of the Court to issue a warrant for the arrest of the Vessel.

WHEREFORE, Plaintiff prays that this Court enter an order in the form attached hereto, directing the Clerk of the Court to issue a warrant for the arrest of the Vessel and to deliver said warrant to the United States Marshal for execution, and all other relief that justice and equity allow.

A proposed Order and Warrant for Arrest are attached hereto.

Dated: March 2, 2021.

/s/ J. Stephen Simms
J. Stephen Simms (*pro hac vice* pending)
Simms Showers LLP
201 International Circle, Suite 230
Baltimore, Maryland 21030
Telephone:   410-783-5795

Facsimile:    410-510-1789
jssimms@simmsshowers.com

Attorneys for Bomin Bunker Oil Corp.