**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| Bomin Bunker Oil Corp. | § | |
| | § | |
| Plaintiff, | § | |
| | § | CIVIL ACTION _____ |
| | § | |
| *versus* | § | IN ADMIRALTY, Rule 9(h) |
| | § | |
| M/T KIMOLOS,  IMO  9405540 | § | |
| its equipment, appurtenances, | § | |
| and freights, | § | |
| | § | |
| | § | |
| Defendant, *in rem*. | § | |
| | § | |
| *and* | § | |
| | § | |
| Eletson Corp. S.A., | § | |
| | § | |
| Defendant*, in personam,* | § | |
| | § | |
| *and* | § | |
| | § | |
| Moran-Gulf Shipping Agencies, | § | |
| LUKOIL Pan Americas, LLC | § | |
| The Master of the M/V KIMOLOS, | § | |
| | § | |
| Garnishees. | § | |

## DISCLOSURE OF CORPORATE INTEREST

Pursuant to Fed. R. Civ. P. 7.1, Plaintiff Bomin Bunker Oil Corp. states that its ultimate

parent corporation is Mabanaft GmbH & Co KG, Hamburg, Germany and that none of its shares

are held by publicly traded corporations.   No other party has a financial interest in the outcome

of this litigation.

Dated:   March 2, 2021.

/s/ J. Stephen Simms
J. Stephen Simms (*pro hac vice* pending)
Simms Showers LLP
201 International Circle, Suite 230

Baltimore, Maryland 21030
Telephone:      410-783-5795
Facsimile:       410-510-1789
jssimms@simmsshowers.com

Attorneys for Bomin Bunker Oil Corp.