| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

## Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 21-674 |
|---|---|---|---|

| Bomin Bunker Oil Crop. |
|---|
| *versus* |
| M/T KIMOLOS, IMO 9405540 and Eletson Corp. S.A. |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | J. Stephen Simms<br>Simms Showers LLP<br>201 International Circle, Suite 230<br>Baltimore, Maryland 21030<br>410-783-5795   jssimms@simmsshowers.com<br>Maryland<br>USDC - Maryland  #4269 |
|---|---|

| Name of party applicant seeks to appear for: | Bomin Bunker Oil Corp. |
|---|---|

| Has applicant been sanctioned by any bar association or court?   Yes _____   No ___✓___ |
|---|
| On a separate sheet for each sanction, please supply the full particulars. |

| Dated: 3/2/2021 | Signed: *[signature]* |
|---|---|

| The state bar reports that the applicant's status is: |
|---|
| Dated:   Clerk's signature |

**Order**         **This lawyer is admitted *pro hac vice*.**

Dated: _____     _____
                                                                  United States District Judge