**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| Bomin Bunker Oil Corp. § | |
| § | |
| Plaintiff, § | |
| § | CIVIL ACTION 4:21-cv-674 |
| versus § | |
| § | IN ADMIRALTY, Rule 9(h) |
| M/T KIMOLOS, IMO 9405540 § | |
| its equipment, appurtenances, § | |
| and freights, et al., § | |
| § | |
| Defendants and Garnishees. § | |

**NOTICE OF DISMISSAL**

PLEASE TAKE NOTICE that upon settlement of this matter, Plaintiff Bomin Bunker Oil Corp., pursuant to Fed. R. Civ. P. 41, dismisses this action, each party to bear its own respective attorneys' fees and costs.

Dated:   March 3, 2021.

/s/ J. Stephen Simms
J. Stephen Simms (*pro hac vice*)
Simms Showers LLP
201 International Circle, Suite 230
Baltimore, Maryland 21030
Telephone:    410-783-5795
Facsimile:    410-510-1789
jssimms@simmsshowers.com

Attorneys for Bomin Bunker Oil Corp.